IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | 9:21-PO 5072-KLD |
|---|---|
| Plaintiff, | Violation: 09966698 |
| vs. | |
| DON R. CLARK, | ORDER TO DISMISS |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the citation in the above-entitled case is dismissed without prejudice and all future court dates are vacated.

Dated this 26th day of January, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge